PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

RECEIVED

MAR 2_ 2006

CLERK U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Lamarco Trease Bell**

**Docket No. 0:02CR00266-001(ADM)**

**Petition on Supervised Release**

COMES NOW **John G. Baskfield**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Lamarco Trease Bell** who was sentenced for Possession with Intent to Distribute Marijuana on February 6, 2001, by the Honorable William F. Downes, District of Wyoming, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

$2,000 fine
Participate in drug/alcohol treatment program
20 hours of community service

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #7: The defendant shall not purchase, possess, use, distribute, or administer any narcotic or controlled substance.

On March 20, 2006, Mr. Bell submitted a urine sample which tested positive for marijuana. He admitted smoking a marijuana joint on March 18, 2006.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 27th day of March, 2006, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John G. Baskfield
U.S. Probation Officer

Executed on March 24, 2006
Place Minneapolis

SCANNED
MAR 28 2006
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission