PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

APR 24 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Lamarco Trease Bell**

**Docket No. 0:02CR00266-001(ADM)**

**Petition on Supervised Release**

COMES NOW **John G. Baskfield**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Lamarco Trease Bell** who was sentenced for Possession with Intent to Distribute Marijuana on February 6, 2001, by the Honorable William F. Downes, District of Wyoming, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

$2,000 fine
Participate in drug/alcohol treatment program
20 hours of community service

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #7: The defendant shall not purchase, possess, use, distribute, or administer any narcotic or controlled substance.

On April 3, 2006, Mr. Bell submitted a urine sample which tested positive for marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 24th day of April 2006 and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John G. Baskfield
U.S. Probation Officer

Executed on April 21, 2006
Place Minneapolis

c: United States Sentencing Commission

SCANNED
APR 24 2006
U.S. DISTRICT COURT MPLS