Prob 49

RECEIVED
APR 24 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Lamarco Trease Bell

Docket No. CR-02-266(ADM)

# HEARING WAIVER

I, Lamarco Trease Bell, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: [signature]
Lamarco Trease Bell
Supervised Releasee

Witness: [signature]
John G. Baskfield
U.S. Probation Officer

Dated: 4-20-06

SCANNED
APR 24 2006
U.S. DISTRICT COURT MPLS