UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-266 (ADM)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAMARCO TREASE BELL,<br><br>Defendant. | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

02-266 (ADM)

<u>Defendant Name</u>

Lamarco Trease Bell

<u>Remove AUSA</u>

James E. Lackner

<u>Add AUSA</u>

Nathan P. Petterson

Dated: May 22, 2006

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney