PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
MAY 22 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Lamarco Trease Bell**

**Docket No. 0:02CR00266-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Craig A. Madson**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Lamarco Trease Bell** who was sentenced for Conspiracy to Possess with Intent to Distribute and to Distribute Marijuana by the Honorable William F. Downes, District of Wyoming, who fixed the period of supervision at 4 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

$2,000 fine
Participate in drug/alcohol treatment program
20 hours of community service
30 days electronic monitoring (modified on March 24, 2006)
30 days electronic monitoring (modified on April 24, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #7: The defendant shall not purchase, possess, use, distribute, or administer any narcotic or controlled substance.

LaMarco Bell submitted urine samples which tested positive for marijuana on March 20, March 27, April 3, April 10, April 19, and April 27, 2006. Laboratory analysis indicates new usage of marijuana between April 3 and April 10, 2006, and between April 19 and April 27, 2006. Additionally, Mr. Bell submitted urine samples on May 11 and May 15 which tested positive for marijuana. These samples have been forwarded for further laboratory analysis.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 22nd day of May, 2006, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Craig A. Madson
U.S. Probation Officer

Executed on May 18, 2006
Place Minneapolis

SCANNED
MAY 23 2006
U.S. DISTRICT COURT MPLS

-summons issued