UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States

United States

v.

Lamarco Trease Bell

Lamarco Trease Bell

**NOTICE OF APPEARANCE**

Case No: 0:02CR00266-001(ADM)

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Phillip S.Resnick, shall appear as counsel of record for Defendant Lamarco Trease Bell in this case.

Dated: _05/30/2006______________

s/Phillip_S._Resnick_____________

___________________

[Signature block of Attorney]