AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 02-266 (1) ADM

La Marco Trease Bell

2006 MAY 23 P 3: 33
RECEIVED
US MARSHALS SERVICE
MPLS MN

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 S. Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Arthur J. Boylan**

On: **6/6/06 at 1:30 p.m.**

RECEIVED
MAY 26 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson, Deputy Clerk

Dated: May 23, 2006

2006 MAY 23 P 3: 33
RECEIVED
US MARSHALS SERVICE
MPLS MN

SCANNED
MAY 26 2006
U.S. DISTRICT COURT

criminal\summons.frm

DC Modified 12/03/04

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me: [1] Craig A. Madson Date: 5/24/06

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: His Residence

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 5/24/06
Date

AL GARBER
Name of United States Marshal

[signature]
(by) ~~Deputy United States Marshal~~

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure