**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-266 ADM |
| | ) | Date: 6/6/06 |
| LAMARCO TREASE BELL, | ) | Court Reporter: None |
| | ) | Tape Number: |
| Defendant. | ) | Time Commenced: 1:45 p.m. |
| | | Time Concluded: 1:50 p.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

**Plaintiff:** Nate Petterson
Assistant U.S. Attorney

**Defendant:** Phillip Resnick

☐ FPD ☐ CJA √ Retained ☐ To be appointed

Date Charges Filed: 5/22/06 Offense: Violation of Supervised Release

√ Charges read into record ☐ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

☐ Government moves for detention.
Motion is: ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

√ **Defendant is released on Bond conditions as previously set.**

Next appearance date is 6/16/06 at 11:00 a.m.,before Judge Ann D. Montgomery:

detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg √ final revocation

Additional Information:

s/Kathy Thobe
Signature of Judicial Assistant