**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

LAMARCO TREASE BELL,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: ANN D. MONTGOMERY
U.S. District Judge

Case No: 02-266(ADM)
Date: June 16, 2006
Court Reporter: Tim Willette
Time Commenced: 11:00 a.m.
Time Concluded: 11:20 a.m.
Time in Court: 20 Minutes

## APPEARANCES:

Plaintiff: Nate Petterson, Assistant U.S. Attorney
Defendant: Phil Resnick

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations and waives his right to a hearing.

## ORDERED:

Defendant is sentenced to 30 days in the custody of the Bureau of Prisons.
Defendant shall voluntarily surrender as directed by Pretrial Services.

s/Gertie Simon
Courtroom Deputy