USM

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**LAMARCO TREASE BELL**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02-266(ADM)**
USM Number: **09392-041**
Social Security Number: **5213**
Date of Birth: **1974**

2006 JUN 14 P 2:23

**PHILLIP RESNICK**
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of conditions of the term of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation |
|---|---|
| Special Condition No. 7 | Defendant tested positive on numerous occasions for the use of marijuana. |

RECEIVED
06 JUL 17 AM 11:34
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**June 16, 2006**
Date of Imposition of Judgment

s/Ann D. Montgomery
Signature of Judge

**ANN D. MONTGOMERY**
United States District Judge
Name & Title of Judge

**June 16, 2006**
Date

A true printed copy in 2 sheet(s)
of the electronic record filed on 6-16-06,
in the United States District Court
for the District of Minnesota.
CERTIFIED, 6-16, 2006
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
JUL 19 2006
U.S. DISTRICT COURT MPLS

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: LAMARCO TREASE BELL
CASE NUMBER: 02-266(ADM)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **30 days in a local facility with work release privileges. No period of supervised release to follow.**

[X] The court makes the following recommendations to the Bureau of Prisons:
**It is recommended that the defendant be incarcerated at the Anoka County Jail.**

[X] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] **before on .**
[] as notified by the United States Marshal.
[X] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on 7-3-06 to Anoka Co. Work Release at Anoka County, with a certified copy of this judgment.

[signature]
~~United States Marshal~~
Supv. Anoka Co. Corrections

By ______________________
Deputy United States Marshal